# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JEREMY FEIL,**

    **Plaintiff,**

**v.**                                                   **Case No: 5:13-cv-437-Oc-10PRL**

**INFOTRAC INC.**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' joint motion to extend the discovery deadline. (Doc. 11). The parties represent that despite diligent efforts they have been unable to complete all of the necessary depositions prior to the August 15, 2014 discovery deadline. The parties seek an extension of the discovery deadline until October 30, 2014.

Upon due consideration, the parties' motion (Doc. 11) is **GRANTED**. The discovery deadline is extended until **October 30, 2014.** All other deadlines established by the Case Management and Scheduling Order (Doc. 8) remain unchanged. The granting of this motion shall not provide a basis for extending other deadlines.

**DONE** and **ORDERED** in Ocala, Florida on July 29, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties