UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEREMY FEIL,

    Plaintiff,                                                    Case No.:  5:13-cv-437-Oc-10PRL

v.

INFOTRAC INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE, NAME CHANGE, AND AFFILIATION PURSUANT TO RULE 5 OF THE FEDERAL RULES OF CIVIL PROCEDURE

The undersigned, Rachel D. Gebaide, Esquire, and Timothy C. Haughee, Esquire, of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., and Richard S. Bergholtz, Esquire, of the law firm of Potter Clement Lowndes (formerly known as Potter Clement Bergholtz Alexander), hereby provide notice of the following:

    1.    Richard S. Bergholtz, Esquire of the law firm of Potter Clement Lowndes hereby provides notice that he is affiliated with the law firm of Lowndes, Drosdick, Kantor & Reed, P.A., a/k/a Potter Clement Lowndes.

    2.    Rachel D. Gebaide, Esquire, and Timothy C. Haughee, Esquire, of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., hereby file this Notice of Appearance as co-counsel for Defendant, INFOTRAC INC.

3. Copies of all future papers and pleadings filed in this matter should be served as provided herein:

 (a) Rachel D. Gebaide Primary: rachel.gebaide@lowndes-law.com

   Rachel D. Gebaide Secondary: janie.kearse@lowndes-law.com

    litcontrol@lowndes-law.com

 (b) Timothy C. Haughee Primary: tim.haughee@lowndes-law.com

   Timothy C. Haughee Secondary: janie.kearse@lowndes-law.com

    litcontrol@lowndes-law.com

 (c) Richard S. Bergholtz Primary: richard.bergholtz@lowndes-law.com

   Richard S. Bergholtz Secondary: liz.cannon@lowndes-law.com

    litcontrol@lowndes-law.com

*[Signature and Certificate of Service on Following Page]*

Dated this _____ day of September, 2014

                                   */s/ Timothy C. Haughee*
                                   **Rachel D. Gebaide, Esquire**
                                   Florida Bar No. 0157600
                                   **Timothy C. Haughee, Esquire**
                                   Florida Bar No. 0072550
                                   Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
                                   215 North Eola Drive
                                   Orlando, Florida 32801
                                   Telephone:  407-843-4600
                                   Facsimile:  407-843-4444
                                   rachel.gebaide@lowndes-law.com
                                   tim.haughee@lowndes-law.com
                                   janie.kearse@lowndes-law.com
                                   litcontrol@lowndes-law.com

                                   **Richard S. Bergholtz, Esquire**
                                   Florida Bar No. 0493953
                                   Potter Clement Lowndes
                                   308 E. 5th Avenue
                                   Mount Dora, Florida  32757
                                   Telephone:  352-383-4186
                                   Facsimile:  352-383-0013
                                   richard.bergholtz@lowndes-law.com
                                   liz.cannon@lowndes-law.com

                                   Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 22nd day of September, 2014, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system, which will send notice of electronic filing and complete service of the foregoing as required by Rule 5 of the *Federal Rules of Civil Procedure* to:  Attorney for Plaintiff, **Danialle Riggins, Esquire**, The Riggins Law Firm, 211 N.W. Third Street, Ocala, Florida 34475, driggins@rigginslawfirm.com.

                                   */s/ Timothy C. Haughee*
                                   **Timothy C. Haughee, Esquire**