UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEREMY FEIL,

    Plaintiff,                                              Case No.:  5:13-cv-437-Oc-10PRL

v.

INFOTRAC INC.,

    Defendant.
_____/

**AMENDED[1]**
**NOTICE OF APPEARANCE, NAME CHANGE, AND AFFILIATION PURSUANT TO**
**RULE 5 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

        The undersigned, Rachel D. Gebaide, Esquire, and Timothy C. Haughee, Esquire, of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., and Richard S. Bergholtz, Esquire, of the law firm of Potter Clement Lowndes (formerly known as Potter Clement Bergholtz Alexander), hereby provide notice of the following:

        1.     Richard S. Bergholtz, Esquire of the law firm of Potter Clement Lowndes hereby provides notice that he is affiliated with the law firm of Lowndes, Drosdick, Kantor & Reed, P.A., a/k/a Potter Clement Lowndes.

        2.     Rachel D. Gebaide, Esquire, and Timothy C. Haughee, Esquire, of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., hereby file this Notice of Appearance as co-counsel for Defendant, INFOTRAC INC.

---

[1] Amended as to date of service only.

0911073/163181/1629133/2

3. Copies of all future papers and pleadings filed in this matter should be served as provided herein:

| | | |
|---|---|---|
| (a) | Rachel D. Gebaide Primary: | rachel.gebaide@lowndes-law.com |
| | Rachel D. Gebaide Secondary: | janie.kearse@lowndes-law.com |
| | | litcontrol@lowndes-law.com |
| (b) | Timothy C. Haughee Primary: | tim.haughee@lowndes-law.com |
| | Timothy C. Haughee Secondary: | janie.kearse@lowndes-law.com |
| | | litcontrol@lowndes-law.com |
| (c) | Richard S. Bergholtz Primary: | richard.bergholtz@lowndes-law.com |
| | Richard S. Bergholtz Secondary: | liz.cannon@lowndes-law.com |
| | | litcontrol@lowndes-law.com |

*[Signature and Certificate of Service on Following Page]*

Dated this 23rd day of September, 2014

/s/ Timothy C. Haughee
**Rachel D. Gebaide, Esquire**
Florida Bar No. 0157600
**Timothy C. Haughee, Esquire**
Florida Bar No. 0072550
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Orlando, Florida 32801
Telephone:  407-843-4600
Facsimile:  407-843-4444
rachel.gebaide@lowndes-law.com
tim.haughee@lowndes-law.com
janie.kearse@lowndes-law.com
litcontrol@lowndes-law.com

**Richard S. Bergholtz, Esquire**
Florida Bar No. 0493953
Potter Clement Lowndes
308 E. 5th Avenue
Mount Dora, Florida  32757
Telephone:  352-383-4186
Facsimile:  352-383-0013
richard.bergholtz@lowndes-law.com
liz.cannon@lowndes-law.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September, 2014, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system, which will send notice of electronic filing and complete service of the foregoing as required by Rule 5 of the *Federal Rules of Civil Procedure* to:  Attorney for Plaintiff, **Danialle Riggins, Esquire**, The Riggins Law Firm, 211 N.W. Third Street, Ocala, Florida 34475, driggins@rigginslawfirm.com.

/s/ Timothy C. Haughee
**Timothy C. Haughee, Esquire**